IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROLLS-ROYCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05-cv-1897-JDT-TAB |
| vs. | ) | |
| | ) | |
| DAVID N. RAIN, PARAMOUNT | ) | |
| INTERNATIONAL, INC., PARAMOUNT | ) | |
| AVIATION CORP., WALTER | ) | |
| DIGENOVA, AEROSPACE TURBINES | ) | |
| INTERNATIONAL n/k/a AEROSPACE | ) | |
| WELDING, INC., H.E.R.O.S., INC. and | ) | |
| HEROS KAJBEROUNI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER ON ROLLS-ROYCE CORPORATION'S MOTION
## FOR LEAVE TO FILE EXHIBIT 1 TO COMPLAINT UNDER SEAL

This cause came before the Court on Rolls-Royce Corporation's ("Rolls-Royce") Motion

for Leave to File Exhibit 1 To Complaint Under Seal ("Motion"). The Court, having reviewed

the Motion and being duly advised, finds that the Motion is meritorious and should be

**GRANTED**. It is accordingly,

**ORDERED, ADJUDGED AND DECREED** that Rolls-Royce shall file Exhibit 1 to its

Complaint under seal, and that the parties shall treat Exhibit 1 as Confidential Information

marked "for attorneys' and clients' eyes only".

Dated: _12/23/2005_                    _____

JUDGE, United States District Court

SCANNED

Distribution to:

Max W. Hittle, Jr.
Alastair J. Warr
Marc T. Quigley
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204-2079

Edward A. McConwell, Esq.
5925 Beverly
Mission, Kansas  66202

David N. Rain
425 Beaverbrook Road
Lincoln Park, New Jersey 07035

Paramount International, Inc.
32 Easterwood Street
Millville, New Jersey  08332

Paramount Aviation Corp.
425 Beaverbrook Road
Lincoln Park, New Jersey 07035

Walter DiGenova
890 Michèle-Bohec
Blainville
Québec J7C 5E2
Canada

Aerospace Turbines International n/k/a Aerospace Welding, Inc.
890 Michèle-Bohec
Blainville
Québec J7C 5E2
Canada

H.E.R.O.S., Inc.
627 Ruberta Avenue
Glendale, CA 91201-2334

Heros Kajberouni
901 Kilmary Ln.
Glendale, CA  91207

KD_IM-665236_2.DOC