IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROLLS-ROYCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:05-cv-1897-JDT-TAB |
| | ) |
| DAVID N. RAIN, PARAMOUNT | ) |
| INTERNATIONAL, INC., PARAMOUNT | ) |
| AVIATION CORP., WALTER | ) |
| DIGENOVA, AEROSPACE TURBINES | ) |
| INTERNATIONAL n/k/a AEROSPACE | ) |
| WELDING, INC., H.E.R.O.S., INC. and | ) |
| HEROS KAJBEROUNI, | ) |
| | ) |
| Defendants. | ) |

### ORDER ON ROLLS-ROYCE CORPORATION'S MOTION TO CONSOLIDATE PENDING CASES

This matter came before the Court on Plaintiff Rolls-Royce Corporation's Motion to Consolidate Pending Cases and the Court having considered the same hereby finds that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that Case Number 1:04-CV-0968-SEB-VSS and this case shall be consolidated under Case Number 1:04-CV-0968-SEB-VSS.

Dated: 01/06/2006

John Daniel Tinder, Judge
United States District Court

Distribution to:

Max W. Hittle, Jr.
Alastair J. Warr
Marc T. Quigley
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079

Edward A. McConwell, Esq.
5925 Beverly
Mission, Kansas 66202

David N. Rain
425 Beaverbrook Road
Lincoln Park, New Jersey 07035

Paramount International, Inc.
32 Easterwood Street
Millville, New Jersey 08332

Paramount Aviation Corp.
425 Beaverbrook Road
Lincoln Park, New Jersey 07035

Walter DiGenova
890 Michèle-Bohec
Blainville
Québec J7C 5E2
Canada

Aerospace Turbines International n/k/a Aerospace Welding, Inc.
890 Michèle-Bohec
Blainville
Québec J7C 5E2
Canada

H.E.R.O.S., Inc.
627 Ruberta Avenue
Glendale, CA 91201-2334

Heros Kajberouni
901 Kilmary Ln.
Glendale, CA 91207